# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| **ETHOLKIA PLUMBER, ex rel. K.W.,** § | |
| § | |
| *Plaintiffs*, § | |
| § | |
| v. § | C.A. No. 4:20-cv-00672 |
| § | |
| **HARRIS COUNTY DEPARTMENT** § | |
| **OF EDUCATION** § | |
| *Defendant.* § | |

## DEFENDANT HARRIS COUNTY DEPARTMENT OF EDUCATION'S CERTIFICATE OF INTERESTED PARTIES

Defendant Harris County Department of Education files this Certificate of Interested Parties as follows:

### I.

The following persons, association of persons, firms, partnerships, corporations, guarantors, affiliates, parent corporations or other legal entities known to the undersigned counsel are financially interested in the outcome of this case:

**A.  Parties:**

    Plaintiffs:  Etholkia Plumber, ex rel. K.W

    Defendant:  Harris County Department of Education

**B.  Attorneys:**

    Plaintiffs:  Yvonnilda G. Muñiz
               Yvonnilda Muñiz, P.C.
               P.O. Box 92018
               Austin, TX. 78709
               Telephone: (512) 288-4279
               Facsimile: (888) 398-8808

Defendant:   J. Erik Nichols
             Melissa M. Goins
             Karczewski | Bradshaw | Spalding
             3700 Buffalo Speedway, Suite 560
             Houston, Texas 77098
             Telephone: (713) 993-7066
             Facsimile: (888) 726-8374

Respectfully submitted,

KARCZEWSKI | BRADSHAW | SPALDING

_____
J. ERIK NICHOLS
State Bar No. 00788119
Federal I.D. 13066
enichols@kbslawgroup.com
MELISSA M. GOINS
State Bar No. 24074671
Federal I.D. 2089537
mgoins@kbslawgroup.com
3700 Buffalo Speedway, Suite 560
Houston, Texas 77098
Telephone: (713) 993-7060
Facsimile: (888) 726-8374

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served on all counsel of record via electronic mail and/or ECF this 21st day of April 2020, addressed as follows:

Yvonnilda G. Muñiz
Yvonnilda Muñiz, P.C.
P.O. Box 92018
Austin, TX. 78709
ygmuniz@outlook.com

_____
Attorney for Defendants