IN THE UNITED STATES COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ETHLOKIA PLUMBER, ex rel. K.W., § | | |
|     Plaintiffs, § | | |
| § | | |
| v. § | CIVIL ACTION NO. 4:20-CV-00672 | |
| § | | |
| HARRIS COUNTY DEPARTMENT § | | |
|     OF EDUCATION, § | | |
|     Defendant. § | | |

## PLAINTIFFS' CERTIFICATE OF INTERESTED PARTIES

Pursuant to Fed. R. Civ. P. 7.1, Plaintiffs Ethlokia Plumber, ex rel. K.W., provide the following information:

I.

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

1. **Parties:**

    **Plaintiffs:**    Ethlokia Plumber, ex rel. K.W.

    **Defendant:**    Harris County Department of Education

2. **Attorneys:**

    **Plaintiffs:**    Yvonnilda G. Muñiz
    Law Office of Yvonnilda Muñiz, P.C.
    P.O. Box 92018
    Austin, TX. 78709
    Tel:    (512) 288-4279
    Fax:    (888) 398-8808

**Defendant**:   J. Erik Nichols
Melissa M. Goins
Karczewski | Bradshaw | Spalding
3700 Buffalo Speedway, Suite 560
Houston, TX. 77098
Tel:   (713) 993-7066
Fax:   (888) 726-8374

Respectfully submitted:

Law Office of Yvonnilda Muñiz, P.C.

*/s/Yvonnilda Garza Muñiz*
Yvonnilda Garza Muñiz
Texas Bar No. 24007717
Federal ID No. 1014837
Email: ygmuniz@outlook.com
P.O. Box 92018
Austin, TX. 78709
Telephone:  (512) 288-4279
Facsimile:   (888) 398-8808

ATTORNEY FOR PLAINTIFFS

## Certificate of Service

       I hereby certify that a true and correct copy of the foregoing document has been served on all counsel of record via electronic mail and/or ECF this 22nd day of May 2020 as follows:

J. Erik Nichols
Melissa Goins
Karczewski | Bradshaw | Spalding
3700 Buffalo Speedway, Suite 560
Houston, TX  77098
Tel.: (713) 993-7060
Fax: (888)726-8374

*Attorneys for Defendant*