# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| ETHLOKIA PLUMBER, § | | |
| ex rel. K.W., § | | |
| *Plaintiffs*, § | | |
| § | | |
| v. § | C.A. No.: 4:20-CV-00672 | |
| § | | |
| HARRIS COUNTY DEPARTMENT § | | |
| OF EDUCATION, § | | |
| *Defendant.* § | | |

## DEFENDANT HARRIS COUNTY DEPARTMENT OF EDUCATION'S CERTIFICATE OF RULE 26(a)(1) INITIAL DISCLOSURES

Comes Now, Defendant, and states that the Defendant's Initial Disclosures in accordance with Federal Rule of Civil Procedure 26(a)(1), have been served on counsel for the Plaintiff on June 10, 2020.

    Respectfully submitted,

    KARCZEWSKI | BRADSHAW | SPALDING

    /s/ J. Erik Nichols
    J. ERIK NICHOLS
    Attorney-in-Charge
    State Bar No. 00788119
    Federal I.D. 13066
    enichols@kbslawgroup.com
    MELISSA M. GOINS
    State Bar No. 24074671
    Federal I.D. 2089537
    mgoins@kbslawgroup.com
    3700 Buffalo Speedway, Suite 560
    Houston, Texas 77098
    Telephone: (844) 564-0010
    Facsimile: (888) 726-8374

    ATTORNEYS FOR HCDE

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing document has been served on all counsel of record via electronic mail and/or ECF this 10th day of June, 2020, addressed as follows:

Yvonnilda G. Muniz
Yvonnilda G. Muniz, P.C.
P.O. Box 92018
Austin, Texas 78709
ygmuniz@outlook.com
Counsel for Plaintiffs

                          /s/ J. Erik Nichols
                          Attorney for HCDE