IN THE UNITED STATES COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ETHLOKIA PLUMBER, ex rel. K.W., § | | |
|     Plaintiffs, § | | |
| § | | |
| v. § | CIVIL ACTION NO. 4:20-CV-00672 | |
| § | | |
| HARRIS COUNTY DEPARTMENT § | | |
|     OF EDUCATION, § | | |
|     Defendant. § | | |

## PLAINTIFFS' OPPOSED MOTION FOR
## AN EXTENSION OF TIME TO SUBMIT EXPERT REPORTS

NOW COMES Plaintiffs Ethlokia Plumber, ex rel. K.W., by and through the undersigned counsel, pursuant to Rules 6(b) of the Federal Rules of Civil Procedure, and move this Court for an order granting their request to extend the time to submit their Expert Reports in the above-titled action. In support hereof, Plaintiffs show the following:

1. Plaintiffs' Expert Reports are due by October 6, 2020.

2. The time for filing Plaintiffs' Expert Reports has not yet expired.

3. Plaintiffs are requesting an extension of 30 days to submit their Expert Reports.

4. This extension of time for filing Plaintiffs' Expert Reports will not affect any other filing deadlines or the trial settings currently set.

5. Plaintiffs are also requesting that an extension commensurate with a 30-day extension requested by Plaintiffs be granted to Defendant Harris County Department of Education to submit their Expert Reports.

6. This motion is not being made for the purpose of delay but is made based on the difficulties related to the ongoing COVID pandemic and personal health problems by Plaintiffs' counsel.

7. Plaintiffs' counsel conferred with Defendant's counsel regarding this request on October 5, 2020. While Defendant's counsel was willing to agree to an extension of time to submit the Expert Reports, she was only willing to agree to a brief extension to October 9, 2020, 3 days from the deadline. As Plaintiffs are requesting a 30-day extension of the deadline, Defendants are opposed to Plaintiffs' request.

THEREFORE, Plaintiffs Ethlokia Plumber, ex rel K.W. respectfully request the Court for an order extending the time to submit Expert Reports up to and including November 5, 2020.

This is the 6th day of October, 2020.

Respectfully submitted,

/s/ *Yvonnilda G. Muñiz*
YVONNILDA G. MUÑIZ

State Bar No. 24007717
Southern Dist. No. 1014837

Law Office of Yvonnilda Muñiz, P.C.
P.O. Box 92018
Austin, TX. 78709
Tel. (512) 288-4279
Fax (888) 398-8808
Email: ygmuniz@outlook.com

ATTORNEY-IN-CHARGE
ATTORNEY FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I certify that on October 6, 2020, I electronically filed the foregoing Opposed Motion for Extension of Time to Submit Expert Reports and Proposed Order with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel and parties of record.

This the 6th day of October, 2020.

*/s/Yvonnilda Muñiz*
Yvonnilda Muñiz

Counsel for Plaintiffs

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 7.1(D), I hereby certify that on October 5, 2020, Plaintiffs' counsel conferred by electronic mail with Respondent's counsel, Melissa Goins, in a good faith effort to request agreement to the extension of time to submit Expert Reports but, while Ms. Goins was agreeable to a 3 day extension, Respondent's counsel would not agree to a longer extension of the deadline.

This the 6th day of October, 2020.

*/s/Yvonnilda Muñiz*
Yvonnilda Muñiz

Counsel for Plaintiffs