# IN THE UNITED STATES COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| ETHLOKIA PLUMBER, ex rel. K.W., | § | |
|     Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:20-CV-00672 |
| | § | |
| HARRIS COUNTY DEPARTMENT | § | |
|     OF EDUCATION, | § | |
|     Defendant. | § | |

## ORDER GRANTING PLAINTIFFS' OPPOSED MOTION FOR AN EXTENSION OF TIME TO SUBMIT EXPERT REPORTS

This Matter, having come before the Court on Plaintiffs' Opposed Motion for an Extension of Time to Submit Expert Reports, and

It Appearing that the Motion is opposed but should be granted for good cause shown, it is hereby

ORDERED, ADJUDGED AND DECREED that the Plaintiffs' Opposed Motion for an Extension of Time to Submit Expert Reports is granted and the Plaintiffs shall have until November 5, 2020 to file any such Expert Reports.

ENTERED this _____ day of October, 2020.

_____
Andrew S. Hanen
United States District Judge