# EXHIBIT A

| | |
|---|---|
| **From:** | Yvonnilda Muniz |
| **To:** | Melissa Goins |
| **Subject:** | Re: Plumber v. HCDE - Request for Medical Records/Bills/Expenses |
| **Date:** | Wednesday, June 10, 2020 3:55:39 PM |

I will have his mother gather past Medical expenses and future medical expenses, other bills and expenses.

Yvonnilda

Sent from my iPhone

> On Jun 10, 2020, at 3:37 PM, Melissa Goins <mgoins@kbslawgroup.com> wrote:
>
>
> Good afternoon Yvonnilda,
>
> I am reaching out to request a copy of any and all medical records and bills and/or out-of-pocket expenses related to the incident in this matter.  We would like to review this in conjunction with Petitioners' settlement offer in order to properly present it to our client and evaluate this matter.
>
> Thank you,
>
> Melissa M. Goins, Attorney
> Karczewski | Bradshaw | Spalding
> 3700 Buffalo Speedway, Suite 560
> Houston, Texas 77098
> Office:  (713) 587-9482
> Cell: (941) 223-6361
> Fax: (888) 726-8374
> mgoins@kbslawgroup.com