# EXHIBIT B

| | |
|---|---|
| **From:** | Yvonnilda Muniz |
| **To:** | Melissa Goins |
| **Subject:** | Re: Plumber v. HCDE - Request for Medical Records/Bills/Expenses |
| **Date:** | Wednesday, July 15, 2020 2:16:58 PM |

Ms. Plumber is having trouble contacting Kenneth's doctors and getting a response because of COVID. I have some medical records but not the recent ones. I will send you what I have and ask her to keep trying.

Yvonnilda

Yvonnilda Muñiz

LAW OFFICE OF YVONNILDA MUNIZ, P.C.
P.O. BOX 92018
AUSTIN, TX  78709
OFFICE:  512.288.4279/512.633.9944
FAX:  888.398.8808
EMAIL: ygmuniz@outlook.com

CONFIDENTIALITY STATEMENT: This message and all attachments are confidential and may be protected by the attorney-client and other privileges. Any review, use, dissemination, forwarding, printing, copying, disclosure or distribution by persons other than the intended recipients is prohibited and may be unlawful.  Please delete this message and any copy of it (in any form) without disclosing it.  If you believe this message has been sent to you in error, please notify the sender by replying to this transmission.  Thank you for your cooperation.

> On Jul 13, 2020, at 2:45 PM, Melissa Goins <mgoins@kbslawgroup.com> wrote:
>
> Hi Yvonnilda,
>
> Please advise as to the status of our request for medical records and bills and/or out-of-pocket expenses related to the incident in this matter.
>
> Thank you,
>
> Melissa M. Goins, Attorney
> Karczewski | Bradshaw | Spalding
> 3700 Buffalo Speedway, Suite 560
> Houston, Texas 77098
> Office:  (713) 587-9482
> Cell: (941) 223-6361
> Fax: (888) 726-8374
> mgoins@kbslawgroup.com
>
> **From:** Yvonnilda Muniz <ygmuniz@outlook.com>
> **Sent:** Wednesday, June 10, 2020 3:56 PM
> **To:** Melissa Goins <mgoins@kbslawgroup.com>
> **Subject:** Re: Plumber v. HCDE - Request for Medical Records/Bills/Expenses
>
> I will have his mother gather past Medical expenses and future medical expenses, other

bills and expenses.

Yvonnilda

Sent from my iPhone

> On Jun 10, 2020, at 3:37 PM, Melissa Goins <mgoins@kbslawgroup.com> wrote:
>
> Good afternoon Yvonnilda,
>
> I am reaching out to request a copy of any and all medical records and bills and/or out-of-pocket expenses related to the incident in this matter. We would like to review this in conjunction with Petitioners' settlement offer in order to properly present it to our client and evaluate this matter.
>
> Thank you,
>
> Melissa M. Goins, Attorney
> Karczewski | Bradshaw | Spalding
> 3700 Buffalo Speedway, Suite 560
> Houston, Texas 77098
> Office:  (713) 587-9482
> Cell: (941) 223-6361
> Fax: (888) 726-8374
> mgoins@kbslawgroup.com