# EXHIBIT G

| | |
|---|---|
| **From:** | Yvonnilda Muniz |
| **To:** | Melissa Goins; Erik Nichols |
| **Subject:** | Ethlokia Plumber/K.W. v. HCDE |
| **Date:** | Monday, October 5, 2020 12:20:10 PM |

Melissa -

Tomorrow is the deadline for me to submit expert reports.  I am writing to see if you all agree or are opposed to an extension to that deadline.  I will agree to an equal extension of time for you all to submit expert reports.  I would like to request a months extension.  The reasons I will offer are my health (I am trying a new medication prescribed by the specialist but need time to see if it will work) and the difficulty to get records because of COVID.  Do you all agree?

Yvonnilda

Yvonnilda Muñiz

LAW OFFICE OF YVONNILDA MUNIZ, P.C.
P.O. BOX 92018
AUSTIN, TX  78709
OFFICE:  512.288.4279/512.633.9944
FAX:  888.398.8808
EMAIL: ygmuniz@outlook.com

CONFIDENTIALITY STATEMENT: This message and all attachments are confidential and may be protected by the attorney-client and other privileges. Any review, use, dissemination, forwarding, printing, copying, disclosure or distribution by persons other than the intended recipients is prohibited and may be unlawful.  Please delete this message and any copy of it (in any form) without disclosing it.  If you believe this message has been sent to you in error, please notify the sender by replying to this transmission.  Thank you for your cooperation.