IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **ETHLOKIA PLUMBER,** ex rel. K.W., Plaintiffs, | § § § § | |
| v. | § § | C.A. No. 4:20-cv-00672 |
| **HARRIS COUNTY DEPARTMENT OF EDUCATION,** Defendant. | § § § § | |

## ORDER

Pending before the Court is Defendant Harris County Department of Education's Response to Plaintiff's Opposed Motion for an Extension of Time to Submit Expert Reports. The Court has considered the Motion, all responsive pleadings, and the arguments of counsel and determines that the Motion should be denied in all respects.

It is, therefore, ORDERED, that Plaintiffs' Opposed Motion for an Extension of Time to Submit Expert Reports is DENIED.

Signed this _____ day of _____, 2020.

_____
JUDGE PRESIDING

1