United States District Court
Southern District of Texas
**ENTERED**
October 16, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ETHLOKIA PLUMBER, | § § § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:20-CV-672 |
| | § | |
| HARRIS COUNTY DEPARTMENT OF EDUCATION, | § § § | |
| | § | |
| Defendant. | § | |

### ORDER

Pending before the Court is Plaintiff's Opposed Motion for an Extension of Time to Submit Expert Reports (Doc. No. 10) and Defendant's response (Doc. No. 11). It is hereby

**ORDERED** that Plaintiff has until November 6, 2020 to name experts and file expert reports in compliance with Rule 26 Fed.R.Civ.P. It is further

**ORDERED** that Plaintiff will respond to all outstanding discovery including initial disclosures by November 6, 2020. There will be no further extension given, and Plaintiff is admonished that failure to comply with this Order may result in her pleadings being stricken.

SIGNED at Houston, Texas, this ___16th___ day of October 2020.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE