IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ETHLOKIA PLUMBER, ex rel., K.W. | § § § | |
| *Plaintiffs,* | § | |
| v. | § § | CIVIL ACTION NO. 4:20-CV-00672 |
| HARRIS COUNTY DEPARTMENT OF EDUCATION, | § § § § | |
| *Defendant.* | § | |

## ORDER GRANTING OPPOSED MOTION FOR NEW SCHEDULING ORDER AND SUBSTITUTION OF COUNSEL

The Court, having considered Plaintiffs Ethlokia Plumber, ex rel., K.W.'s Opposed Motion for New Scheduling Order and Substitution of Counsel, finds that the motion should be granted. Accordingly, it is

ORDERED that the Scheduling Order be amended as follows:

| | |
|---|---|
| Motion for Leave to File Amended Complaint: | March 25, 2021 |
| Plaintiffs' Expert Report: | April 15, 2021 |
| Defendant's Expert Report: | April 30, 2021 |
| Discovery Deadline: | June 1, 2021 |
| Dispositive and Non-Dispositive Motions Filing: | July 1, 2021 |
| Joint Pretrial Order: | September 1, 2021 |
| Docket Call: | October 4, 2021 |

It is further

ORDERED that Brandon Duke and Rachael Thompson of the firm Winston & Strawn LLP and L. Kym Davis Rogers and Kathryn Hogan of Disability Rights Texas are hereby substituted as counsel of record for Plaintiffs in place of Yvonnilda G. Muñiz. All responses,

notices, and correspondence directed to Plaintiffs Ethlokia Plumber, ex. rel., K.W. shall be served through their counsel of record as follows:

>Brandon Duke
>S.D. Adm. No. 2857734
>State Bar No. 24094476
>bduke@winston.com
>Rachael E. Thompson
>S.D. Adm. No. 3640278
>State Bar No. 24117139
>rthompson@winston.com
>Winston & Strawn, LLP
>800 Capitol St., Suite 2400
>Houston, Texas 77002
>Phone 713.651.2600
>Fax 713.651.2700
>
>L. Kym Davis Rogers
>State Bar No. 00796442
>krogers@disabilityrightstx.org
>Kathryn Hogan
>State Bar No. 24091702
>khogan@disabilityrightstx.org
>Disability Rights Texas
>1420 W. Mockingbird Lane, Suite 450
>Dallas, Texas 75247
>Phone 214.845.4045
>Fax 214.630.3472

SIGNED this ____ day of _____, 2021.

_____
JUDGE ANDREW S. HANEN