IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ETHLOKIA PLUMBER, | § | |
| ex rel. K.W., | § | |
|     Plaintiffs, | § | |
| | § | |
| v. | § | C.A. No. 4:20-cv-00672 |
| | § | |
| HARRIS COUNTY DEPARTMENT | § | |
| OF EDUCATION, | § | |
|     Defendant. | § | |

## **ORDER**

Pending before the Court is Plaintiffs' Opposed Motion for New Scheduling Order and Substitution of Counsel and Defendant Harris County Department of Education's Response to Plaintiff's Opposed Motion for New Scheduling Order and Substitution of Counsel. The Court has considered the Motion, all responsive pleadings, and the arguments of counsel and determines that the Motion should be denied in part.

It is, therefore, ORDERED, that Plaintiffs' Opposed Motion for New Scheduling Order is DENIED. The current Scheduling Order, dated May 26, 2020, remains in effect.

Signed this _____ day of _____, 2021.

_____
JUDGE PRESIDING

1