UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ETHLOKIA PLUMBER, | § § § |
| Plaintiff, | § |
| VS. | § CIVIL ACTION NO. 4:20-CV-672 |
| | § |
| HARRIS COUNTY DEPARTMENT OF EDUCATION, | § § § |
| | § |
| Defendant. | § |

## NOTICE OF TELEPHONE HEARING

The parties in this matter are hereby notified that a telephone conference has been set regarding letters from the parties on discovery issues. The hearing is scheduled for Friday, March 12, 2021 at 2:00 PM. Instructions for calling are as follows:

    Telephone Number:    713-250-5817
    Conference ID:    45817#
    Conference Password:    13579#

**NOTE:** **ALL COUNSEL OF RECORD RECEIVING THIS NOTICE ARE ORDERED TO NOTIFY ALL OTHER COUNSEL IN THIS CASE OF THE CONTENTS OF THIS NOTICE.**

Date: March 9, 2021      Nathan Ochsner, Clerk of Court

By: R. Hawkins, Case Manager