UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ETHLOKIA PLUMBER, | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:20-CV-672 |
| HARRIS COUNTY DEPARTMENT OF EDUCATION, | § | |
| Defendant. | § | |

## ORDER

Pending before the Court is the Opposed Motion to Substitute (Doc. No. 13). Also, within the motion is a request for continuance of scheduling dates. It is noted that Defendant does not oppose the motion to substitute. Accordingly, it is therefore

**ORDERED** that Brandon Duke is substituted as lead counsel for Plaintiff. Attorney Yvonnilda Muniz will be terminated from her representation of Plaintiff. It is further

**ORDERED** that the parties will submit a proposed Scheduling Order along the lines stated on the record for the Court to enter.

SIGNED at Houston, Texas, this 12 day of March 2021.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE