Case 4:20-cv-00672 Document 24 Filed on 03/17/21 in TXSD Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
March 19, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ETHLOKIA PLUMBER, *ex rel.* K.W. | § § | |
| *Plaintiffs,* | § § | |
| v. | § § | CIVIL ACTION NO. 4:20-CV-00672 |
| HARRIS COUNTY DEPARTMENT OF EDUCATION, | § § § § | |
| *Defendant.* | § | |

## JOINT PROPOSED ORDER FOR NEW SCHEDULING ORDER AND SUBSTITUTION OF COUNSEL

The parties have conferred and are in agreement as to the following dates and substitution of counsel. Accordingly, it is ORDERED that the Scheduling Order be amended as follows:

| | |
|---|---|
| Amended Complaint: | March 31, 2021 |
| Defendant's Response to Amended Complaint and Response as to filing an Amended Motion for Summary Judgment: | April 15, 2021 |
| If no Amended Motion for Summary Judgment is to be filed, Plaintiff's Response to Motion for Summary Judgment: | April 30, 2021 |
| Amended Motion for Summary Judgment: | May 15, 2021 |
| Discovery Deadline for Plaintiffs: | June 1, 2021 |
| Discovery Deadline for Defendant: | July 1, 2021 |
| Joint Pretrial Order: | October 8, 2021 |
| Docket Call: | November 12, 2021 |

It is further

ORDERED that Brandon Duke and Rachael Thompson of the firm Winston & Strawn LLP and L. Kym Davis Rogers and Kathryn Hogan of Disability Rights Texas are hereby substituted as counsel of record for Plaintiffs in place of Yvonnilda G. Muñiz. All responses,

notices, and correspondence directed to Plaintiffs Ethlokia Plumber, *ex. rel.* K.W. shall be served through their counsel of record as follows:

>Brandon W Duke
>S.D. Adm. No. 2857734
>State Bar No. 24094476
>bduke@winston.com
>Rachael E. Thompson
>S.D. Adm. No. 3640278
>State Bar No. 24117139
>rthompson@winston.com
>Winston & Strawn, LLP
>800 Capitol St., Suite 2400
>Houston, Texas 77002
>Phone 713.651.2600
>Fax 713.651.2700
>
>L. Kym Davis Rogers
>S.D. Adm. No. 3640648
>State Bar No. 00796442
>krogers@disabilityrightstx.org
>Kathryn Hogan
>(pending application for admission to the Southern District of Texas)
>State Bar No. 24091702
>khogan@disabilityrightstx.org
>Disability Rights Texas
>1420 W. Mockingbird Lane, Suite 450
>Dallas, Texas 75247
>Phone 214.845.4045
>Fax 214.630.3472

SIGNED this 18th day of March, 2021.

JUDGE ANDREW S. HANEN