# EXHIBIT A-1
# SEALED