# EXHIBIT A-2
# SEALED