# EXHIBIT A-3
# SEALED