# EXHIBIT A-4
# SEALED