# EXHIBIT A-5
# SEALED