# EXHIBIT A-6
# SEALED