# EXHIBIT A-7
# SEALED