# EXHIBIT A-8
# SEALED