# **EXHIBIT A-10**

Call 888.426.2184 | CPI Learning | My Account ▼ | Products | Cart 0

**CRISIS PREVENTION INSTITUTE**

Our Programs

Industries

< BACK TO INSTRUCTOR MANAGEMENT

Find Training

Name: Dale Jackson
Email Address: dajackson@hcde-texas.org

Resources

Request Removal of the Instructor

## Certification Info
**Specialty:** CPI
**Member Since:** 4/10/2015
**Cycle Date:** 2/1/2019
**Cycle Year:** 1
**Certification Level:** Senior
**Certification Status:** Inactive
**Total Instructor Hours this Cycle:** 19
**Total Instructor Hours:** 99
**Qualifications:** CPI Basic, NCIe
**Renewal Required By:** 2/1/2021

## Training

| Start Date | End Date | Course Name | Status |
|---|---|---|---|
| 1/29/2019 | 2/1/2019 | Nonviolent Crisis Intervention Foundation Course With Advanced Physical Skills (Blended) (Sponsored) | Completed |
| 4/7/2015 | 4/10/2015 | Nonviolent Crisis Intervention Training Program | Completed |

## Documented Classes

| Type | Start Date | End Date | Confirmation Sent |
|---|---|---|---|
| NCI - Units 1-7 & 10 | 8/21/2019 | 8/21/2019 | |

| Class Hours | # Trained | Status |
|---|---|---|



HCDE 02083

4/1/2021 Case 4:20-cv-00672 Document 38-11 Filed on 06/04/21 in TXSD Page 3 of 5
Instructor Management: CI Profile | CPI

Call 888.426.2184  CPI Learning | My Account ▾ | Products | Cart 0

CRISIS PREVENTION INSTITUTE

Our Programs

| Type | Industries Start Date | End Date | Confirmation Sent |
|---|---|---|---|
| Refresher | 8/20/2019 | 8/20/2019 | |

| | Find Training Class Hours | # Trained | Status |
|---|---|---|---|
| | 3 Resources | 43 | Audited |

**Account:** Highpoint School East

| Type | Start Date | End Date | Confirmation Sent |
|---|---|---|---|
| Participant Wkbk - Refresher | 8/23/2018 | 8/23/2018 | |

| | Class Hours | # Trained | Status |
|---|---|---|---|
| | 4 | 25 | Audited |

**Account:** Harris County Department of Education

| Type | Start Date | End Date | Confirmation Sent |
|---|---|---|---|
| NCI - Units 1-10 | 8/22/2018 | 8/24/2018 | |

| | Class Hours | # Trained | Status |
|---|---|---|---|
| | 12 | 9 | Audited |

**Account:** Harris County Department of Education

| Type | Start Date | End Date | Confirmation Sent |
|---|---|---|---|
| Participant Wkbk - | 8/22/2018 | 8/22/2018 | |



HCDE 02084



Call 888.426.2184　　CPI Learning　|　My Account ▾　|　Products　|　Cart　0

**Crisis Prevention Institute**

Our Programs 

**Account:** Harris County Department of Education

Industries

Find Training

| Type | Start Date | End Date | Confirmation Sent |
|---|---|---|---|
| Refresher | 8/23/2017 | 8/23/2017 | |

Resources

| Class Hours | # Trained | Status |
|---|---|---|
| 4 | 48 | Audited |

**Account:** Harris County Department of Education

| Type | Start Date | End Date | Confirmation Sent |
|---|---|---|---|
| NCI - Units 1-10 | 5/2/2017 | 5/2/2017 | |

| Class Hours | # Trained | Status |
|---|---|---|
| 8 | 1 | Audited |

**Account:** Harris County Department of Education

| Type | Start Date | End Date | Confirmation Sent |
|---|---|---|---|
| NCI - Units 1-10 | 1/30/2017 | 1/30/2017 | |

| Class Hours | # Trained | Status |
|---|---|---|
| 8 | 1 | Audited |

**Account:** Harris County Department of Education



HCDE 02085

Call 888.426.2184 | CPI Learning | My Account ▼ | Products | Cart 0

**CRISIS PREVENTION INSTITUTE**

Our Programs

| Industries | 1 | Audited |

**Account:** Harris County Department of Education

### Find Training

| Type | Start Date Resources | End Date | Confirmation Sent |
|---|---|---|---|
| Keypoint Wkbk - Refresher | 8/17/2016 | 8/17/2016 | |

| Class Hours | # Trained | Status |
|---|---|---|
| 6 | 39 | Audited |

**Account:** Academic Behavior Center East

| Type | Start Date | End Date | Confirmation Sent |
|---|---|---|---|
| NCI - Units 1-10 | 5/25/2016 | 5/25/2016 | |

| Class Hours | # Trained | Status |
|---|---|---|
| 8 | 5 | Audited |

**Account:** Academic Behavior Center East

| Type | Start Date | End Date | Confirmation Sent |
|---|---|---|---|
| NCI - Units 1-10 | 10/22/2015 | 10/22/2015 | |

| Class Hours | # Trained | Status |
|---|---|---|
| 8 | 1 | Audited |

**Account:** Academic Behavior Center East

*End of D. Jackson*

HCDE 02086