# EXHIBIT A-11
# SEALED