# EXHIBIT A-12

HCDE 01264

Event Participant Query  12/7/2020

| LastName | FirstName | SchoolName | EventDescription | EventDate | EventEndDate | Hours | Presenter |
|---|---|---|---|---|---|---|---|
| Allen, Jr | Herbert | ABC East | CPI Initial | 1/30/2017 | 1/30/2017 | 8 | Dale Jackson |
| Allen, Jr | Herbert | ABC East | Teambuilder | 2/20/2017 | 2/20/2017 | 0.45 | A. Baines |
| Allen, Jr | Herbert | ABC East | Allegies Trng. | 2/20/2017 | 2/20/2017 | 0.5 | D. Norris |
| Allen, Jr | Herbert | ABC East | State Assessment | 2/20/2017 | 2/20/2017 | 2 | K. Agustus |
| Allen, Jr | Herbert | ABC East | CPI Refresher | 2/20/2017 | 2/20/2017 | 0.45 | D. Jackson |
| Allen, Jr | Herbert | ABC East | CPR Initial Training | 2/20/2017 | 2/20/2017 | 3 | Gomez, Price, Warren |
| Allen, Jr | Herbert | ABC East | ARD Info Refresher | 2/20/2017 | 2/20/2017 | 2 | M. Otalor |
| Allen, Jr | Herbert | ABC East | Apps for Special Needs | 8/15/2017 | 8/15/2017 | 3 | TLC |
| Allen, Jr | Herbert | ABC East | SOP, Campus/Student Handb | 8/14/2017 | 8/14/2017 | 7 | Robertson, Archie, Sanders |
| Allen, Jr | Herbert | ABC East | HR Updates | 8/15/2017 | 8/15/2017 | 1 | HR |
| Allen, Jr | Herbert | ABC East | Legal Updates | 8/16/2017 | 8/16/2017 | 4 | Sarah Langlois, Attorney |