# EXHIBIT A-13



**Harris County Department of Education**

## HCDE Schools Division Continuing Professional Education
Date: August 22, 2018
Time: 7:30 a.m. - 11:30 a.m.
Room: Cafeteria

TOPIC: CPI - Initial & Refresher

Presenters: V. Keys, C. Chizer & D. Jackson

| # | Printed Name | Campus | Title | Signature |
|---|---|---|---|---|
| 1 | Alexander, Carl L. | ABS-EAST | Teacher | *signed* |
| 2 | Anagbogu, Nwabuogo I. | ABS-EAST | Teacher | *signed* |
| 3 | Anderson, Ta'Keia T. | ABS-EAST | Educational Aide | |
| 4 | Barlow, Eddy R. | ABS-EAST | Educational Aide | *signed* |
| 5 | Beckford, Joy C. | ABS-EAST | Teacher | *signed* |
| 6 | Beckham, Gloria J. | ABS-EAST | LSSP | *signed* |
| 7 | Bowen, Shawanka N. | ABS-EAST | Educational Aide | *signed* |
| 8 | Boyd, Alexis | ABS-EAST | Educational Aide | |
| 9 | Canada, Laquardrick C. | ABS-EAST | Educational Aide | *signed* |
| 10 | Castilleja, Maria G. | ABS-EAST | Food Service Clerk | *signed* |
| 11 | Chizer, Celeste A. | ABS-EAST | Teacher | *signed* |
| 12 | Clark, Sedric C. | ABS-EAST | Teacher | |
| 13 | Clay, Byron K. | ABS-EAST | Educational Aide | *signed* |
| 14 | Cuellar, Minerva | ABS-EAST | Educational Aide | |
| 15 | Crawford, Carolyn | ABS-EAST | Teacher | |
| 16 | Curtis, Kimberly A. | ABS-EAST | Teacher | *signed* |
| 17 | Davis, Kenneth L. | ABS-EAST | Teacher | *signed* |
| 18 | Dolen, Gene R. | ABS-EAST | Teacher | *signed* |
| 19 | Duckworth, LaToya E. | ABS-EAST | Educational Aide | |
| 20 | Gardner, Gabrielle | ABS-EAST | Transition Specialist | *signed* |

HCDE 01300



**Harris County Department of Education**

## HCDE Schools Division Continuing Professional Education
Date: August 22, 2018
Time: 7:30 a.m. - 11:30 a.m.
Room: Cafeteria

TOPIC: CPI - Initial & Refresher

Presenters: V. Keys, C. Chizer & D. Jackson

| # | Printed Name | Campus | Title | Signature |
|---|---|---|---|---|
| 21 | Gomez, Jesus J. | ABS-EAST | Teacher | |
| 22 | Gray, Shereena N. | ABS-EAST | Educational Aide | |
| 23 | Green, Sharon L. | ABS-EAST | Teacher | Sharon Green |
| 24 | Jackson, Dale L. | ABS-EAST | Educational Aide | |
| 25 | Jackson, Kenneth W. | ABS-EAST | Educational Aide | |
| 26 | James, Melissa | ABS-EAST | Behavior Specialist | |
| 27 | Johnson, Dwayne A. | ABS-EAST | Teacher | |
| 28 | Johnson, Tiffany D. | ABS-EAST | Educational Aide | |
| 29 | Jones, Donna R. | ABS-EAST | Assistant Principal | |
| 30 | Joseph, Jasmine A. | ABS-EAST | Sec to the Principal | |
| 31 | Joulevette, Albert B. | ABS-EAST | Educational Aide | |
| 32 | Kamel, Ibrahim A. | ABS-EAST | Educational Aide | |
| 33 | Lopez, Vincent D. | ABS-EAST | Deputy Sheriff | |
| 34 | Lovett, Allen | ABS-EAST | Teacher | |
| 35 | Mendoza, Lynda C. | ABS-EAST | Educational Aide | |
| 36 | Mitchell, Angela D. | ABS-EAST | Educational Aide | |
| 37 | Mitchell, Mary S. | ABS-EAST | Teacher | Mary Mitchell |
| 38 | Murray, Arnetta Y. | ABS-EAST | Teacher | |
| 39 | Norman, James C. | ABS-EAST | Teacher | |
| 40 | Norris, Demitri T. | ABS-EAST | Nurse | |

HCDE 01301



**Harris County Department of Education**

## HCDE Schools Division Continuing Professional Education
Date: August 22, 2018
Time: 7:30 a.m. - 11:30 a.m.
Room: Cafeteria

TOPIC: CPI - Initial & Refresher

Presenters: V. Keys, C. Chizer & D. Jackson

| # | Printed Name | Campus | Title | Signature |
|---|---|---|---|---|
| 41 | Oliphant, R. K. | ABS-EAST | Principal | |
| 42 | Otalor, Maxwell I. | ABS-EAST | Transition Specialist | [signed] |
| 43 | Porter, Jr., Zemonee R. | ABS-EAST | Educational Aide | [signed] |
| 44 | Price, Jr., Charles W. | ABS-EAST | Educational Aide | Charles W. Price |
| 45 | Rayford, Shantel | ABS-EAST | Counselor | |
| 46 | Sam, Gregory | ABS-EAST | Teacher | [signed] |
| 47 | Sanders, George N. | ABS-EAST | Assistant Principal | |
| 48 | Sharma, Rakesh D. | ABS-EAST | Deputy Sheriff | [signed] |
| 49 | Sorina, Jr., Edwin J. | ABS-EAST | Teacher | [signed] |
| 50 | Stanford, Odessa J. | ABS-EAST | Long Term Sub Teacher | [signed] |
| 51 | Stubbs, Anthony O. | ABS-EAST | Long Term Sub Teacher | [signed] |
| 53 | Thompson, Valerie | ABS-EAST | Teacher | |
| 54 | Tippett, Valerie | ABS-EAST | Educational Aide | |
| 55 | Warren, Sheridan F. | ABS-EAST | Teacher | Sheridan Warren |
| 56 | Wilcher, Eric K. | ABS-EAST | Long Term Sub Teacher | [signed] |
| 57 | Wilson, Roland M. | ABS-EAST | Educational Aide | [signed] |
| 58 | Wilson, Thomas E. | ABS-EAST | Educational Aide | [signed] |
| 59 | Yanez, Natalie A. | ABS-EAST | Campus Clerk | [signed] |
| 60 | Young, Harold C. | ABS-EAST | Educational Aide | [signed] |

HCDE 01302



**Harris County Department of Education**

## HCDE Schools Division Continuing Professional Education
Date: August 22, 2018
Time: 1:00 p.m. - 4:00 p.m.
Room: Cafeteria

TOPIC: CPI - Initial & Refresher

Presenters: V. Keys, C. Chizer & D. Jackson
G. Sanders

| # | Printed Name | Campus | Title | Signature |
|---|---|---|---|---|
| 1 | Alexander, Carl L. | ABS-EAST | Teacher | [signed] |
| 2 | Anagbogu, Nwabuogo I. | ABS-EAST | Teacher | [signed] |
| 3 | Anderson, Ta'Keia T. | ABS-EAST | Educational Aide | |
| 4 | Barlow, Eddy R. | ABS-EAST | Educational Aide | [signed] |
| 5 | Beckford, Joy C. | ABS-EAST | Teacher | [signed] |
| 6 | Beckham, Gloria J. | ABS-EAST | LSSP | [signed] |
| 7 | Bowen, Shawanka N. | ABS-EAST | Educational Aide | [signed] |
| 8 | Boyd, Alexis | ABS-EAST | Educational Aide | [signed] |
| 9 | Canada, Laquardrick C. | ABS-EAST | Educational Aide | [signed] |
| 10 | Castilleja, Maria G. | ABS-EAST | Food Service Clerk | [signed] |
| 11 | Chizer, Celeste A. | ABS-EAST | Teacher | [signed] |
| 12 | Clark, Sedric C. | ABS-EAST | Teacher | |
| 13 | Clay, Byron K. | ABS-EAST | Educational Aide | [signed] |
| 14 | Cuellar, Minerva | ABS-EAST | Educational Aide | |
| 15 | Crawford, Carolyn | ABS-EAST | Teacher | [signed] |
| 16 | Curtis, Kimberly A. | ABS-EAST | Teacher | [signed] |
| 17 | Davis, Kenneth L. | ABS-EAST | Teacher | [signed] |
| 18 | Dolen, Gene R. | ABS-EAST | Teacher | [signed] |
| 19 | Duckworth, LaToya E. | ABS-EAST | Educational Aide | [signed] |
| 20 | Gardner, Gabrielle | ABS-EAST | Transition Specialist | [signed] |

HCDE 01303



# HCDE Schools Division Continuing Professional Education

Date: August 22, 2018
Time: 1:00 p.m. - 4:00 p.m.
Room: Cafeteria

TOPIC: CPI - Initial & Refresher

Presenters: V. Keys, C. Chizer & D. Jackson
G. Sanders

| | Printed Name | Campus | Title | Signature |
|---|---|---|---|---|
| 21 | Gomez, Jesus J. | ABS-EAST | Teacher | |
| 22 | Gray, Shereena N. | ABS-EAST | Educational Aide | [signature] |
| 23 | Green, Sharon L. | ABS-EAST | Teacher | [signature] |
| 24 | Jackson, Dale L. | ABS-EAST | Educational Aide | |
| 25 | Jackson, Kenneth W. | ABS-EAST | Educational Aide | [signature] |
| 26 | James, Melissa | ABS-EAST | Behavior Specialist | [signature] |
| 27 | Johnson, Dwayne A. | ABS-EAST | Teacher | [signature] |
| 28 | Johnson, Tiffany D. | ABS-EAST | Educational Aide | [signature] |
| 29 | Jones, Donna R. | ABS-EAST | Assistant Principal | [signature] |
| 30 | Joseph, Jasmine A. | ABS-EAST | Sec to the Principal | [signature] |
| 31 | Joulevette, Albert B. | ABS-EAST | Educational Aide | [signature] |
| 32 | Kamel, Ibrahim A. | ABS-EAST | Educational Aide | [signature] |
| 33 | Lopez, Vincent D. | ABS-EAST | Deputy Sheriff | |
| 34 | Lovett, Allen | ABS-EAST | Teacher | [signature] |
| 35 | Mendoza, Lynda C. | ABS-EAST | Educational Aide | [signature] |
| 36 | Mitchell, Angela D. | ABS-EAST | Educational Aide | [signature] |
| 37 | Mitchell, Mary S. | ABS-EAST | Teacher | Mary Mitchell |
| 38 | Murray, Arnetta Y. | ABS-EAST | Teacher | [signature] |
| 39 | Norman, James C. | ABS-EAST | Teacher | |
| 40 | Norris, Demitri T. | ABS-EAST | Nurse | |

HCDE 01304



**Harris County Department of Education**

## HCDE Schools Division Continuing Professional Education
Date: August 22, 2018
Time: 1:00 p.m. - 4:00 p.m.
Room: Cafeteria

TOPIC: CPI - Initial & Refresher

Presenters: V. Keys, C. Chizer & D. Jackson
G. Sanders

| # | Printed Name | Campus | Title | Signature |
|---|---|---|---|---|
| 41 | Oliphant, R. K. | ABS-EAST | Principal | *signed* |
| 42 | Otalor, Maxwell I. | ABS-EAST | Transition Specialist | *signed* |
| 43 | Porter, Jr., Zemonee R. | ABS-EAST | Educational Aide | *signed* |
| 44 | Price, Jr., Charles W. | ABS-EAST | Educational Aide | *signed* |
| 45 | Rayford, Shantel | ABS-EAST | Counselor | *signed* |
| 46 | Sam, Gregory | ABS-EAST | Teacher | *signed* |
| 47 | Sanders, George N. | ABS-EAST | Assistant Principal | *signed* |
| 48 | Sharma, Rakesh D. | ABS-EAST | Deputy Sheriff | *signed* |
| 49 | Sorina, Jr., Edwin J. | ABS-EAST | Teacher | |
| 50 | Stanford, Odessa J. | ABS-EAST | Long Term Sub Teacher | *signed* |
| 51 | Stubbs, Anthony O. | ABS-EAST | Long Term Sub Teacher | *signed* |
| 53 | Thompson, Valerie | ABS-EAST | Teacher | *signed* |
| 54 | Tippett, Valerie | ABS-EAST | Educational Aide | *signed* |
| 55 | Warren, Sheridan F. | ABS-EAST | Teacher | *signed* |
| 56 | Wilcher, Eric K. | ABS-EAST | Long Term Sub Teacher | *signed* |
| 57 | Wilson, Roland M. | ABS-EAST | Educational Aide | *signed* |
| 58 | Wilson, Thomas E. | ABS-EAST | Educational Aide | *signed* |
| 59 | Yanez, Natalie A. | ABS-EAST | Campus Clerk | |
| 60 | Young, Harold C. | ABS-EAST | Educational Aide | *signed* |

HCDE 01305



## HCDE Schools Division Continuing Professional Education
Date: August 22, 2018
Time: 7:30 a.m. - 11:30 a.m.
Room: Cafeteria

**TOPIC:** CPI - Initial & Refresher    **Presenters:** V. Keys, C. Chizer & D. Jackson

| # | Printed Name | Campus | Title | Signature |
|---|---|---|---|---|
| 1 | Alexander, Carl L. | ABS-EAST | Teacher | *signed* |
| 2 | Anagbogu, Nwabuogo I. | ABS-EAST | Teacher | *signed* |
| 3 | Anderson, Ta'Keia T. | ABS-EAST | Educational Aide | |
| 4 | Barlow, Eddy R. | ABS-EAST | Educational Aide | *signed* |
| 5 | Beckford, Joy C. | ABS-EAST | Teacher | *signed* |
| 6 | Beckham, Gloria J. | ABS-EAST | LSSP | *signed* |
| 7 | Bowen, Shawanka N. | ABS-EAST | Educational Aide | *signed* |
| 8 | Boyd, Alexis | ABS-EAST | Educational Aide | |
| 9 | Canada, Laquardrick C. | ABS-EAST | Educational Aide | *signed* |
| 10 | Castilleja, Maria G. | ABS-EAST | Food Service Clerk | *signed* |
| 11 | Chizer, Celeste A. | ABS-EAST | Teacher | *signed* |
| 12 | Clark, Sedric C. | ABS-EAST | Teacher | |
| 13 | Clay, Byron K. | ABS-EAST | Educational Aide | *signed* |
| 14 | Cuellar, Minerva | ABS-EAST | Educational Aide | |
| 15 | Crawford, Carolyn | ABS-EAST | Teacher | |
| 16 | Curtis, Kimberly A. | ABS-EAST | Teacher | *signed* |
| 17 | Davis, Kenneth L. | ABS-EAST | Teacher | *signed* |
| 18 | Dolen, Gene R. | ABS-EAST | Teacher | *signed* |
| 19 | Duckworth, LaToya E. | ABS-EAST | Educational Aide | |
| 20 | Gardner, Gabrielle | ABS-EAST | Transition Specialist | *signed* |

HCDE 01306



## HCDE Schools Division Continuing Professional Education
Date: August 22, 2018
Time: 1:00 p.m. - 4:00 p.m.
Room: Cafeteria

TOPIC: CPI - Initial & Refresher

Presenters: V. Keys, C. Chizer & D. Jackson, G. Sanders

| # | Printed Name | Campus | Title | Signature |
|---|---|---|---|---|
| 1 | Alexander, Carl L. | ABS-EAST | Teacher | [signed] |
| 2 | Anagbogu, Nwabuogo I. | ABS-EAST | Teacher | [signed] |
| 3 | Anderson, Ta'Keia T. | ABS-EAST | Educational Aide | |
| 4 | Barlow, Eddy R. | ABS-EAST | Educational Aide | [signed] |
| 5 | Beckford, Joy C. | ABS-EAST | Teacher | [signed] |
| 6 | Beckham, Gloria J. | ABS-EAST | LSSP | [signed] |
| 7 | Bowen, Shawanka N. | ABS-EAST | Educational Aide | [signed] |
| 8 | Boyd, Alexis | ABS-EAST | Educational Aide | [signed] |
| 9 | Canada, Laquardrick C. | ABS-EAST | Educational Aide | [signed] |
| 10 | Castilleja, Maria G. | ABS-EAST | Food Service Clerk | [signed] |
| 11 | Chizer, Celeste A. | ABS-EAST | Teacher | [signed] |
| 12 | Clark, Sedric C. | ABS-EAST | Teacher | |
| 13 | Clay, Byron K. | ABS-EAST | Educational Aide | [signed] |
| 14 | Cuellar, Minerva | ABS-EAST | Educational Aide | [signed] |
| 15 | Crawford, Carolyn | ABS-EAST | Teacher | [signed] |
| 16 | Curtis, Kimberly A. | ABS-EAST | Teacher | [signed] |
| 17 | Davis, Kenneth L. | ABS-EAST | Teacher | [signed] |
| 18 | Dolen, Gene R. | ABS-EAST | Teacher | [signed] |
| 19 | Duckworth, LaToya E. | ABS-EAST | Educational Aide | [signed] |
| 20 | Gardner, Gabrielle | ABS-EAST | Transition Specialist | [signed] |

HCDE 01307



**Harris County Department of Education**

## HCDE Schools Division Continuing Professional Education
Date: August 22, 2018
Time: 7:30 a.m. - 11:30 a.m.
Room: Cafeteria

TOPIC: CPI - Initial & Refresher

Presenters: V. Keys, C. Chizer & D. Jackson

| # | Printed Name | Campus | Title | Signature |
|---|---|---|---|---|
| 21 | Gomez, Jesus J. | ABS-EAST | Teacher | |
| 22 | Gray, Shereena N. | ABS-EAST | Educational Aide | [signed] |
| 23 | Green, Sharon L. | ABS-EAST | Teacher | Sharon Green |
| 24 | Jackson, Dale L. | ABS-EAST | Educational Aide | [signed] |
| 25 | Jackson, Kenneth W. | ABS-EAST | Educational Aide | Kenneth [signed] |
| 26 | James, Melissa | ABS-EAST | Behavior Specialist | [signed] |
| 27 | Johnson, Dwayne A. | ABS-EAST | Teacher | [signed] |
| 28 | Johnson, Tiffany D. | ABS-EAST | Educational Aide | [signed] |
| 29 | Jones, Donna R. | ABS-EAST | Assistant Principal | Donna Jones |
| 30 | Joseph, Jasmine A. | ABS-EAST | Sec to the Principal | [signed] |
| 31 | Joulevette, Albert B. | ABS-EAST | Educational Aide | |
| 32 | Kamel, Ibrahim A. | ABS-EAST | Educational Aide | [signed] |
| 33 | Lopez, Vincent D. | ABS-EAST | Deputy Sheriff | [signed] |
| 34 | Lovett, Allen | ABS-EAST | Teacher | [signed] |
| 35 | Mendoza, Lynda C. | ABS-EAST | Educational Aide | [signed] |
| 36 | Mitchell, Angela D. | ABS-EAST | Educational Aide | [signed] |
| 37 | Mitchell, Mary S. | ABS-EAST | Teacher | Mary Mitchell |
| 38 | Murray, Arnetta Y. | ABS-EAST | Teacher | |
| 39 | Norman, James C. | ABS-EAST | Teacher | [signed] |
| 40 | Norris, Demitri T. | ABS-EAST | Nurse | [signed] |

HCDE 01308



## HCDE Schools Division Continuing Professional Education

Date: August 22, 2018
Time: 1:00 p.m. - 4:00 p.m.
Room: Cafeteria

TOPIC: CPI - Initial & Refresher

Presenters: V. Keys, C. Chizer & D. Jackson
G. Sanders

| # | Printed Name | Campus | Title | Signature |
|---|---|---|---|---|
| 21 | Gomez, Jesus J. | ABS-EAST | Teacher | |
| 22 | Gray, Shereena N. | ABS-EAST | Educational Aide | [signature] |
| 23 | Green, Sharon L. | ABS-EAST | Teacher | [signature] |
| 24 | Jackson, Dale L. | ABS-EAST | Educational Aide | |
| 25 | Jackson, Kenneth W. | ABS-EAST | Educational Aide | [signature] |
| 26 | James, Melissa | ABS-EAST | Behavior Specialist | [signature] |
| 27 | Johnson, Dwayne A. | ABS-EAST | Teacher | [signature] |
| 28 | Johnson, Tiffany D. | ABS-EAST | Educational Aide | [signature] |
| 29 | Jones, Donna R. | ABS-EAST | Assistant Principal | [signature] |
| 30 | Joseph, Jasmine A. | ABS-EAST | Sec to the Principal | [signature] |
| 31 | Joulevette, Albert B. | ABS-EAST | Educational Aide | [signature] |
| 32 | Kamel, Ibrahim A. | ABS-EAST | Educational Aide | [signature] |
| 33 | Lopez, Vincent D. | ABS-EAST | Deputy Sheriff | |
| 34 | Lovett, Allen | ABS-EAST | Teacher | [signature] |
| 35 | Mendoza, Lynda C. | ABS-EAST | Educational Aide | [signature] |
| 36 | Mitchell, Angela D. | ABS-EAST | Educational Aide | [signature] |
| 37 | Mitchell, Mary S. | ABS-EAST | Teacher | Mary Mitchell |
| 38 | Murray, Arnetta Y. | ABS-EAST | Teacher | [signature] |
| 39 | Norman, James C. | ABS-EAST | Teacher | |
| 40 | Norris, Demitri T. | ABS-EAST | Nurse | |

HCDE 01309



**Harris County Department of Education**

## HCDE Schools Division Continuing Professional Education
Date: August 22, 2018
Time: 7:30 a.m. - 11:30 a.m.
Room: Cafeteria

TOPIC: CPI - Initial & Refresher

Presenters: V. Keys, C. Chizer & D. Jackson

| # | Printed Name | Campus | Title | Signature |
|---|---|---|---|---|
| 41 | Oliphant, R. K. | ABS-EAST | Principal | |
| 42 | Otalor, Maxwell I. | ABS-EAST | Transition Specialist | *signed* |
| 43 | Porter, Jr., Zemonee R. | ABS-EAST | Educational Aide | *signed* |
| 44 | Price, Jr., Charles W. | ABS-EAST | Educational Aide | Charles W. Price |
| 45 | Rayford, Shantel | ABS-EAST | Counselor | |
| 46 | Sam, Gregory | ABS-EAST | Teacher | *signed* |
| 47 | Sanders, George N. | ABS-EAST | Assistant Principal | |
| 48 | Sharma, Rakesh D. | ABS-EAST | Deputy Sheriff | *signed* |
| 49 | Sorina, Jr., Edwin J. | ABS-EAST | Teacher | *signed* |
| 50 | Stanford, Odessa J. | ABS-EAST | Long Term Sub Teacher | *signed* |
| 51 | Stubbs, Anthony O. | ABS-EAST | Long Term Sub Teacher | *signed* |
| 53 | Thompson, Valerie | ABS-EAST | Teacher | |
| 54 | Tippett, Valerie | ABS-EAST | Educational Aide | |
| 55 | Warren, Sheridan F. | ABS-EAST | Teacher | Sheridan Warren |
| 56 | Wilcher, Eric K. | ABS-EAST | Long Term Sub Teacher | *signed* |
| 57 | Wilson, Roland M. | ABS-EAST | Educational Aide | *signed* |
| 58 | Wilson, Thomas E. | ABS-EAST | Educational Aide | *signed* |
| 59 | Yanez, Natalie A. | ABS-EAST | Campus Clerk | *signed* |
| 60 | Young, Harold C. | ABS-EAST | Educational Aide | *signed* |

HCDE 01310