# EXHIBIT A-14
# SEALED