# EXHIBIT A-15
# SEALED