# EXHIBIT A-16
# SEALED