# EXHIBIT A-17

## MESSAGES

Telephones are for business purposes only. Parents are not to call their children at school except in case of an emergency. Campus personnel will deliver parent messages, when necessary. Students are not permitted to use the telephone except in emergencies. Requests to use the telephone will be granted on an individual basis by an administrator.

## NONDISCRIMINATION STATEMENT

In its efforts to promote nondiscrimination, Harris County Department of Education does not discriminate on the basis of race, religion, color, national origin, gender, or disability in providing education services, activities, and programs, including CTE programs, in accordance with Title VI of the Civil Rights Act of 1964, as amended; Title IX of the Educational Amendments of 1972; and Title II of the Americans with Disabilities Act of 1990 (ADA), as amended, which incorporates and expands upon the requirements of Section 504 of the Rehabilitation Act of 1973, as amended. The following department representatives have been designated to coordinate compliance with these legal requirements:

- Title IX Coordinator, for concerns regarding discrimination on the basis of gender: Jonathan Parker, Assistant Superintendent of Academic Support, 6300 Irvington Blvd, Houston, Texas, 713-694-6300.
- ADA/Section 504 Coordinator, for concerns regarding discrimination on the basis of disability: Jonathan Parker, Assistant Superintendent of Academic Support, 6300 Irvington Blvd, Houston, Texas, 713-694-6300.

All other concerns regarding discrimination: Contact the superintendent, Mr. James Colbert, Jr., 6300 Irvington Blvd, Houston, Texas, 713-694-6300. [See policies FB (LOCAL) and FFH (LOCAL).]

## ON CAMPUS INTERVENTON (OCI) - ACADEMIC & BEHAVIOR SCHOOLS

On Campus Intervention is designed as a last resort for managing student behavior. OCI is a therapeutic intervention and not a form of punishment. It is a program designed to assist students in recognizing and modifying inappropriate behaviors that interfere with their learning, and/or disrupt the learning environment, in or out of the classroom. In cases where the teacher, counselor, support staff, administrators have implemented several interventions according to the students behavior intervention plan, a non-compliant student may be placed in the OCI program until he/she has successfully completed a behavior related task. The student is returned to class as soon as he/she has regained the emotional or physical composure necessary to be successful in the learning environment.

## PHYSICAL EXAMINATIONS / HEALTH SCREENINGS

The campuses will comply with the state required vision, hearing, and scoliosis screenings. Information may be obtained from the school nurse or principal. Results will be maintained with the home district.

## PHYSICAL RESTRAINT

All staff members at HCDE campuses receive annual training in physical restraint techniques. A student is restrained when he/she is endangering him/herself, staff members, other students or

property. A student may be restrained **as a last resort**. Physical restraint may also be used to enforce the contingencies of the behavior intervention plan.

The staff employs a non-harmful control and restraint system designed to defuse and ensure the safety and welfare of challenging, disruptive behavior before it escalates to a crisis situation. The purpose of the method used is to assist student to:
- learn to live and thrive in a safe and respectful environment;
- interact with positive role models who are equipped to manage difficult situations
- learn new coping skills;
- receive guidance about making positive behavior choices in the future and;
- feel supported by staff who are empathic, compassionate and respectful.

Physical restraint is a serious action; therefore, every effort will be made to contact the parent/guardian the day the restraint is used. Written notification of the restraint and the behaviors leading to the restraint will be mailed to the parent/guardian and home district within 24 hours. [See policy FO (LEGAL) for more information.]

## PLEDGES OF ALLEGIANCE AND A MINUTE OF SILENCE

Each school day, students will recite the Pledge of Allegiance to the United States flag and the Pledge of Allegiance to the Texas flag. Parents may submit a written request to the principal to excuse their child from reciting a pledge.

One minute of silence will follow recitation of the pledges. Each student may choose to reflect, pray, meditate, or engage in any other silent activity during that minute so long as the silent activity does not interfere with or distract others. In addition, state law requires that each campus provide for the observance of one minute of silence at the beginning of first period when September 11th falls on a regular school day in remembrance of those who lost their lives on September 11, 2001. [See policy EC (LEGAL) for more information.]

## PRAYER

Each student has a right to individually, voluntarily, and silently pray or meditate in school in a manner that does not disrupt instructional or other activities of the school. The school will not encourage, require, or coerce a student to engage in or to refrain from such prayer or meditation during any school activity.

## PROMOTION AND RETENTION

A student will be promoted only on the basis of academic achievement or demonstrated proficiency in the subject matter of the course or grade level, the recommendation of the student's teacher, the score received on any criterion-referenced or state-mandated assessment, and any other necessary academic information as determined by the district. To earn credit in a course, a student must receive a grade of at least 70 based on course-level or grade-level standards. **The home district makes final determination on credits.**

**Refer to your home district policies for promotion and retention.**
In addition, at certain grade levels a student—with limited exceptions—will be required to pass