# EXHIBIT A-18

| STUDENT DISCIPLINE | FO<br>(LOCAL) |
|---|---|

| | |
|---|---|
| 'PARENT' DEFINED | Throughout the Student Code of Conduct and discipline policies, the term "parent" includes a parent, legal guardian, or other person having lawful control of the child. |
| GENERAL DISCIPLINE GUIDELINES | A District employee shall adhere to the following general guidelines when imposing discipline: |

1. A student shall be disciplined when necessary to improve the student's behavior, to maintain order, or to protect other students, school employees, or property.

2. A student shall be treated fairly and equitably. Discipline shall be based on an assessment of the circumstances of each case. Factors to consider shall include:

    a. The seriousness of the offense;

    b. The student's age;

    c. The frequency of misconduct;

    d. The student's attitude;

    e. The potential effect of the misconduct on the school environment;

    f. Requirements of Chapter 37 of the Education Code; and

    g. The Student Code of Conduct adopted by the Board.

3. Before a student under 18 is assigned to detention outside regular school hours, notice shall be given to the student's parent to inform him or her of the reason for the detention and permit arrangements for necessary transportation.

| | |
|---|---|
| CORPORAL PUNISHMENT | The Board prohibits the use of corporal punishment in the District. Students shall not be spanked, paddled, or subjected to other physical force as a means of discipline for violations of the Student Code of Conduct. |
| PHYSICAL RESTRAINT | Within the scope of an employee's duties, a District employee may physically restrain a student if the employee reasonably believes restraint is necessary in order to: |

1. Protect a person, including the person using physical restraint, from physical injury.

2. Obtain possession of a weapon or other dangerous object.

3. Remove a student refusing a lawful command of a school employee from a specific location, including a classroom or other school property, in order to restore order or to impose disciplinary measures.

DATE ISSUED: 3/26/2015
UPDATE 102
FO(LOCAL)-B

HCDE 00194

| STUDENT DISCIPLINE | FO |
|---|---|
| | (LOCAL) |

    4.    Control an irrational student.

    5.    Protect property from serious damage.

A District employee may restrain a student with a disability who receives special education services only in accordance with law. [See FOF(LEGAL)]

**VIDEO AND AUDIO MONITORING**

Video and audio recording equipment shall be used for safety purposes to monitor student behavior on District property.

The District shall post signs notifying students and parents about the District's use of video and audio recording equipment. Students shall not be notified when the equipment is turned on.