# EXHIBIT A-19
# SEALED