# EXHIBIT A-20
# SEALED