# EXHIBIT A-22



HARRIS COUNTY DEPARTMENT OF EDUCATION

Academic and Behavior School East

# Memo

**To:**    James Colbert, Jr., Superintendent

**From:** Mindy Robertson, Principal

**Date:** March 1, 2018

**RE:**    Recommendation to Terminate Employment of Jacquingamen Alexander

---

This memorandum is to address my recommendation to terminate the employment of Jacquingamen Alexander, Educational Aide, at Academic & Behavior School East.

On Monday, February 26, 2018 at approximately 10:00AM, I entered Mr. Alexander's assigned classroom and noticed a student left arm had a cast on it. I asked him what happened and he replied, "Ms. you didn't know, Mr. Alexander broke my arm." I immediately asked the teacher to step out of the classroom to give me more information. The teacher informed me that it was the student's first day back after being gone for almost two weeks after an incident of self-injurious behavior. I immediately began an investigation that included viewing video footage. I met with Mr. Alexander regarding the allegation on February 27th due to you being absent from work on February 26th. Mr. Alexander stated that the student was coming at him so he did what I needed to do. I asked Mr. Alexander to demonstrate the restraint technique used and he stated that he did not remember.

In reviewing the camera footage, I find that Mr. Alexander did not follow Schools Division procedures and CPI strategies to de-escalate a student. He failed to do the following:

1. Call the response team for assistance.
2. Use physical restraint as last resort.
3. Utilize the correct CPI restraint technique.
4. Allow student to see the nurse after student makes a request.
5. Failed to complete a restraint report.

As a result of not following procedures in regard to physical restraints, the student sustained serious bodily injury. In maintaining the Department's policies and ethical standards, I find that Mr. Alexander violated DH (Local) Ethical Conduct towards Students: 3.2: The educator shall not knowingly treat a student in a manner that adversely affects the student's learning, physical health, mental health or safety. In conclusion of my investigation and findings, I am recommending immediate termination of Mr. Alexander's employment as an Educational Aide at Academic & Behavior School East and Harris County Department of Education.

Thank you,

Mindy Robertson