# EXHIBIT A-23
# SEALED