# EXHIBIT A-24
# SEALED