# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ETHLOKIA PLUMBER, ex rel., K.W. § | |
| § | |
| *Plaintiffs,* § | |
| v. § | CIVIL ACTION NO. 4:20-CV-00672 |
| § | |
| HARRIS COUNTY DEPARTMENT § | |
| OF EDUCATION, § | |
| § | |
| *Defendant.* § | |

## DECLARATION OF YVONNILDA MUNIZ

I, Yvonnilda Muñiz, hereby declare as follows:

1. I am an attorney admitted to the State Bar of Texas. I represented Ethlokia Plumber in a request for due process filed against Harmony Public Schools and the Harris County Department of Education, Docket No. 189-SE-0219, before a Special Education Hearing Officer for the State of Texas.

2. Attached as Ex. 1 to this declaration is a true and correct copy of HCDE's Reply in Support of HCDE's Motion to Dismiss filed in the above-referenced request for due process.

3. Attached as Ex. 2 to this declaration is a true and correct copy of Order No. 8 of Hearing Officer Kimberlee Kovach dated June 6, 2019 from the above-referenced due process.

> I swear under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Dated this 3rd day of June 2021, at Austin, Texas.

*[DocuSigned by: Yvonnilda Muñiz, B1BBE7A890124AD...]*

Yvonnilda Muñiz

1