# EXHIBIT C-1
# SEALED