# EXHIBIT C-2
# SEALED