# EXHIBIT D-1
# SEALED