IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ETHLOKIA PLUMBER *ex rel.* K.W., | § | |
| | § | |
| *Plaintiffs,* | § | |
| v. | § | Civil Action No. 4:20-CV-00672 |
| | § | |
| HARRIS COUNTY DEPARTMENT OF EDUCATION, | § | |
| | § | |
| *Defendant.* | § | |

## ORDER DENYING DEFENDANT HARRIS COUNTY DEPARTMENT OF EDUCATION'S AMENDED MOTION FOR SUMMARY JUDGMENT

The Court, having considered Defendant Harris County Department of Education's ("Defendant") Amended Motion for Summary Judgment (Doc. 34) (the "Motion"), objection(s) and response(s) thereto, and argument of counsel, if any, finds as follows:

Defendant's Motion should be DENIED. It is therefore,

ORDERED, ADJUDGED, and DECREED that Defendant's Amended Motion for Summary Judgment is DENIED.

It is so ORDERED.

Signed this _____ day of _____, 2021.

_____
JUDGE ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE