# Exhibit 2
# <u>FILED UNDER SEAL</u>