IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ETHLOKIA PLUMBER, ex rel., K.W. | § § | |
| *Plaintiffs,* | § § | |
| v. | § | CIVIL ACTION NO. 4:20-CV-00672 |
| | § | |
| HARRIS COUNTY DEPARTMENT OF EDUCATION, | § § § | |
| | § | |
| *Defendant.* | § | |

**ORDER GRANTING MOTION TO COMPEL**
**A 30(b)(6) DESIGNEE**

The Court, having considered Plaintiffs Ethlokia Plumber *ex rel.* K.W.'s Motion to Compel a 30(b)(6) Designee, finds that the motion should be granted. Accordingly, it is

ORDERED that Defendant Harris County Department of Education properly designate and prepare a designee who can testify about HCDE's knowledge of the previously noticed topics. It is further

ORDERED that the 30(b)(6) deposition take place within the next 21 days.

SIGNED this ____ day of _____, 2021.

_____
JUDGE ANDREW S. HANEN