IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **KENNETH WILLIAMS, JR.,**<br>     **Plaintiffs,**<br><br>v.<br><br>**HARRIS COUNTY DEPARTMENT**<br>**OF EDUCATION,**<br>     **Defendant.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | C.A. No. 4:20-cv-00672 |

### JOINT MOTION FOR TWO-WEEK EXTENSION OF THE JOINT PRETRIAL ORDER DEADLINE

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COME THE PARTIES, Plaintiff KENNETH WILLIAMS, JR. ("Williams") and Defendant HARRIS COUNTY DEPARTMENT OF EDUCATION ("HCDE"), together, and file this their Joint Motion for Two-Week Extension of the Joint Pretrial Order Deadline, and respectfully show unto the Court as follows:

1. On March 18, 2021, the Court implemented the Joint Proposed Order for New Scheduling Order and Substitution of Counsel (Dkt. 25). The deadline for the Joint Pretrial Order ("JPTO") was identified as October 8, 2021.

2. The Parties have agreed to mediation and scheduled mediation for October 11, 2021.

3. The Parties respectfully request a two-week extension of the JPTO to avoid additional litigation costs in the event settlement can be reached at mediation. The new proposed deadline for the JPTO would be October 22, 2021.

1

## Prayer

WHEREFORE, PREMISES CONSIDERED, the Parties KENNETH WILLIAMS, JR. and Defendant HARRIS COUNTY DEPARTMENT OF EDUCATION, request this Court grant their Two-Week Extension of the Joint Pretrial Order Deadline.

Jointly agreed and submitted,

KARCZEWSKI | BRADSHAW | SPALDING

/s/ *Melissa M. Goins*
J. ERIK NICHOLS
Attorney-in-Charge
State Bar No. 00788119
Fed. I.D. 13066
enichols@kblawgroup.com
MELISSA M. GOINS
State Bar No. 24074671
Fed. I.D. 2089537
mgoins@kblawgroup.com
3700 Buffalo Speedway, Suite 560
Houston, Texas 77098
Telephone: (713) 993-7041
Facsimile: (888) 726-8374

**ATTORNEYS FOR DEFENDANT**

Disability Rights Texas

/s/ *Shiloh Carter* (with permission)
L. KYM DAVIS ROGERS
State Bar No. 00796442
Fed. I.D. 3640648
krogers@disabilityrightstx.org
SHILOH CARTER
State Bar No. 24080321
Fed. I.D. 2898136
scarter@disabilityrightstx.org
1420 W. Mockingbird Land, Suite 450
Dallas, Texas 75247
Telephone: (214) 845-4045
Facsimile: (214) 630-3472

Winston & Strawn, LLP
BRANDON W. DUKE
State Bar No. 2857734
Fed. I.D. 2857734
bduke@winston.com
RACHAEL E. THOMPSON
State Bar No. 24117139
Fed. I.D. 3640278
rthompson@winston.com
800 Capital Street, Suite 2400
Houston, Texas 77002
Telephone: (713) 651-2600
Facsimile: (713) 651-2700

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served on all counsel of record via electronic mail and/or ECF this 23rd day of September 2021, addressed as follows:

| | |
|---|---|
| Brandon W. Duke | L. Kym Davis Rogers |
| bduke@wintson.com | krogers@disabilityrightstx.org |
| Rachael E. Thompson | Disability Rights Texas |
| rthompson@winston.com | Shiloh Carter |
| Winston & Strawn LLP | scarter@disabilityrightstx.org |
| 800 Capital Street, Suite 2400 | 1420 W. Mockingbird Lane, Suite 450 |
| Houston, Texas 77002 | Dallas, Texas 75247 |
| (Attorneys for Plaintiffs) | (Attorneys for Plaintiffs) |

/s/ *Melissa M. Goins*
Counsel for Defendant HCDE