IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KENNETH WILLIAMS, JR.,<br>    Plaintiffs,<br><br>v.<br><br>HARRIS COUNTY DEPARTMENT<br>OF EDUCATION,<br>    Defendant. | § § § § § § § § § § | C.A. No. 4:20-cv-00672 |

## ORDER

Pending before the Court is the Parties' Joint Motion for Two-Week Extension of the Joint Pretrial Order Deadline. The Court has considered the Joint Motion and determines that the Motion should be GRANTED.

It is, therefore, ORDERED, that the Parties' Joint Motion is GRANTED, and the Joint Pretrial Order Deadline is extended to October 22, 2021.

Signed this _____ day of _____, 2021.

_____
JUDGE ANDREW S. HANEN